Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

SIGAL CHATTAH (Nevada Bar No. 8264)
Acting United States Attorney
NICOLE LEIBOW
Assistant United States Attorney
ANGELA THORNTON-MILLARD
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-0134
Email: angela.thornton-millard@ssa.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BALAES, | ) |
| | ) CASE NO.: 2:25-cv-00843-BNW |
| Plaintiff, | ) |
| | ) STIPULATION TO EXTEND |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff shall have a 30-day extension from August 13, 2025, or until September 12, 2025, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in the

Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

This is plaintiff's first request for an extension. Plaintiff makes this request because of the press of other business, including representing claimants in SSA administrative matters, representing claimants at post-remand Social Security Administration hearings, and other briefing. This request for extension is not made to interpose delay but to properly and adequately represent plaintiff.

Plaintiff's Opening Brief will be due September 12, 2025.

Defendant's Opening Brief will be due October 13, 2025.

Plaintiff's Reply Brief will be due October 27, 2024.

DATED: August 5, 2025

By: *s/ Roger D. Drake*
ROGER D. DRAKE
Attorney for Plaintiff

DATED: August 5, 2025

SIGAL CHATTAH (Nevada Bar No. 8264)
United States Attorney
NICOLE LEIBOW
Assistant United States Attorney

*s/ Angela Thornton-Millard*
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Attorneys for Defendant
[*Per email authorization on 08/05/2025*]

Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BALAES, | ) |
| | ) CASE NO.: 2:25-cv-00843-BNW |
| Plaintiff, | ) |
| | ) ORDER EXTENDING |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the parties' stipulation to extend the briefing schedule, IT IS ORDERED, that Plaintiff shall have an extension of 30 days from August 13, 2025, or until September 12, 2025, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in the Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

Plaintiff's Opening Brief will be due September 12, 2025.

Defendant's Opening Brief will be due October 13, 2025.

Plaintiff's Reply Brief will be due October 27, 2025.

DATED: August 8, 2025

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE