Roger D. Drake (NV Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff


SIGAL CHATTAH (NV No. 8264)
Acting United States Attorney
NICOLE LEIBOW
Assistant United States Attorney
ANGELA THORNTON-MILLARD
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-0134
Email: angela.thornton-millard@ssa.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BALAES, | ) |
| | ) CASE NO.: 2:25-cv-00843-BNW |
|     Plaintiff, | ) |
| | ) STIPULATION FOR |
| v. | ) VOLUNTARY DISMISSAL |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, that this matter be dismissed without prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATED: September 4, 2025

By: *s/Roger D. Drake*
ROGER D. DRAKE
Attorney for Plaintiff

DATED: September 4, 2025

SIGAL CHATTAH (NV Bar No. 8264)
United States Attorney
NICOLE LEIBOW
Assistant United States Attorney

*s/ Angela Thornton-Millard*
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Attorneys for Defendant
[*Per email authorization on 09/04/2025*]

Roger D. Drake (NV Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BALAES, | ) |
| | ) CASE NO.: 2:25-cv-00843-BNW |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER |
| v. | ) FOR DISMISSAL |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: September 5, 2025

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

-1-